IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

JAMES A. SIMPSON,

        Petitioner,

      v.

ED SHELDON, Warden, Toledo
Correctional Institution,

        Respondent.

:

:

:

:

Case No. 3:12-cv-328

JUDGE WALTER H. RICE

---

DECISION AND ENTRY ADOPTING UNITED STATES MAGISTRATE
JUDGE'S REPORT AND RECOMMENDATIONS (DOC. #10) AND
SUPPLEMENTAL REPORT AND RECOMMENDATIONS (DOC. #13) IN
THEIR ENTIRETY; OVERRULING PETITIONER'S OBJECTIONS
THERETO (DOCS. #11 AND 15); DISMISSING PETITION FOR WRIT
OF HABEAS CORPUS (DOC. #2) WITH PREJUDICE; DENYING
CERTIFICATE OF APPEALABILITY AND ANTICIPATED MOTION FOR
LEAVE TO PROCEED *IN FORMA PAUPERIS*; TERMINATION ENTRY

---

Based on the reasoning and citations of authority set forth by United States

Magistrate Judge Michael R. Merz, in his January 18, 2013, Report and

Recommendations (Doc. #10), and his February 12, 2013, Supplemental Report

and Recommendations (Doc. #13), as well as upon a thorough *de novo* review of

this Court's file and the applicable law, this Court ADOPTS said judicial filings in

their entirety, and overrules Petitioner's objections thereto (Doc. #11 and 15).  The

Petition for a Writ of Habeas Corpus (Doc. #2) is DISMISSED WITH PREJUDICE.

Given that Petitioner has not made a substantial showing of the denial of a

constitutional right and, further, that the Court's decision herein would not be

debatable among reasonable jurists, and because any appeal from this Court's decision would be objectively frivolous, Petitioner is denied a certificate of appealability and denied leave to appeal *in forma pauperis*.

Judgment will be entered in favor of Respondent and against Petitioner.

The captioned case is hereby ordered terminated upon the docket records of the United States District Court for the Southern District of Ohio, Western Division, at Dayton.

Date: March 14, 2013

WALTER H. RICE
UNITED STATES DISTRICT JUDGE

2